CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Another, Appellants, v. IMPERIAL ASSURANCE COMPANY, Respondent. CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Another, Appellants, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent. CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Another, Appellants, v. THE NORTHERN INSURANCE COMPANY OF NEW YORK, Respondent.— Order modified as directed in order and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., dissents.

CHARLES D. BERNSTEIN, Respondent, v. BENJAMIN I. SHIVERTS and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CAMP MANUFACTURING CORPORATION v. STAR DISCOUNT CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ÆTNA FINANCE CORPORATION v. REX HEDWIG LABORATORIES, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CATHERINE BLIGH, as Administratrix, etc., of Estate of GEORGE BLIGH, Deceased, v. HENRY HERSCH.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAY MACDONALD COMPANY, Suing, etc., v. WILFRED MOLENAOR and Another. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MACK COHEN and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MACK COHEN and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL LIEBMAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT RUSSELL.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SPARACCIO.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.